UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| WALTER ANDREW PARSONS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 3:19-cv-02129-KOB-JHE |
| ) | |
| FRANKLIN COUNTY JAIL, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM OPINION**

On February 11, 2020, the magistrate judge entered a Report and Recommendation, (doc. 3), recommending that the petition for writ of habeas corpus be dismissed without prejudice for failure to prosecute. No objections have been filed.[1] The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be DISMISSED WITHOUT PREJUDICE. A separate Order will be entered.

---

[1] On March 4, 2020, the court received an undated letter from the petitioner postmarked March 2, 2020—nearly three weeks after the deadline to object to the R&R. (Docs. 4 & 4-1). In that letter, the petitioner indicates he sent a check for $5.00 (the filing fee for this action) "with the paperwork that was mailed." (Doc. 4). The court has not received the petitioner's filing fee, nor has the court received a petition that complies with the instructions in the magistrate judge's notice of deficient pleading, (doc. 2).

**DONE** and **ORDERED** this 9th day of March, 2020.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE